# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>  Plaintiff,<br><br>v.<br><br>ENNISS FAMILY REALTY I LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; ENNIS INC., A CALIFORNIA CORPORATION; AND DOES 1-10,<br><br>  Defendants. | Case No.:  20-CV-0298 W (JLB)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS [DOC. 16]** |

Pending before the Court is Defendants' Motion to Dismiss Plaintiff's remaining claim arising under the Americans with Disabilities Act.  (*Defs.' Mot.* [Doc. 16].)  Plaintiff filed a Notice of Non-Opposition to the Motion to Dismiss.  (*Pl.'s Non-Opp'n* [Doc. 17].)  Plaintiff and Defendants agree the remaining claim for injunctive relief is now moot because the business at issue has switched its operational methodology so that customers are to make payments without leaving their vehicles and that the office is only for employees.  In light of the foregoing, the Court **GRANTS** Defendant's motion to dismiss and **DISMISSES THE CASE**.  [Doc. 16.]

  **IT IS SO ORDERED.**

Dated:  August 6, 2020

Hon. Thomas J. Whelan
United States District Judge

1